**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | |
|---|---|
| BRENDA DUKES, LAKEISHA KELLY, and MICHAEL OWENS,<br><br>            Plaintiffs,<br><br>    v.<br><br>DIRECTV, LLC<br><br>            Defendant | Case No. 3:16-cv-1418<br><br>**JURY TRIAL DEMANDED** |

**STIPULATION OF DISMISSAL**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Lakeisha Kelly and Defendant Directv, LLC, hereby stipulate that Plaintiff Lakeisha Kelly's individual claims in this action are dismissed. The claims of other Plaintiffs in this action are not affected by this stipulation. All parties bear their own costs.

Dated: September 2, 2016                                       Respectfully submitted,

/s/ Jarrett L. Ellzey_____                               /s/Kyle J. Steinmetz
W. Craft Hughes                                                Kyle J. Steinmetz (pro hac vice)
craft@hughesellzey.com                                         **MAYER BROWN LLP**
Jarrett L. Ellzey                                              71 S. Wacker Drive
jarrett@hughesellzey.com                                       Chicago, IL 60606
**HUGHES ELLZEY, LLP**                                         Telephone: (312) 701-8547
2700 Post Oak Blvd., Suite 1120                                Fax: (312) 706-9178
Houston, TX 77056                                              Email: ksteinmetz@mayerbrown.com
Phone (713) 554-2377
Facsimile (888) 995-3335                                       Attorneys for Defendant Directv LLC

Attorneys for Plaintiffs