UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS

| | |
|---|---|
| BRENDA DUKES et al. ) | |
| ) | Case No. 3:16-cv-01418-G |
| Plaintiffs, ) | |
| ) | |
| v. ) | Mag. Judge: Hon. Renee Harris Toliver |
| ) | |
| DIRECTV, LLC ) | |
| ) | |
| Defendant. ) | |

### STIPULATED NOTICE OF VOLUNTARY DISMISSAL OF ACTION WITH PREJUDICE PURSUANT TO RULE 41(a)

Plaintiffs Brenda Dukes ("Dukes") and Michael Owens ("Owens" and collectively with Dukes the "Plaintiffs")[1] and Defendant DIRECTV, LLC ("DIRECTV") do hereby give notice that they have reached a settlement in this matter. As part of that settlement, Plaintiffs have agreed to withdraw their complaint and to dismiss this matter with prejudice, pursuant to Fed R. Civ. P. 41(a)(1)(A)(ii). As a result of this agreement, the parties believe this matter is concluded.

Dated this _____ day of February, 2017

RESPECTFULLY SUBMITTED BY THE PARTIES

| FOR PLAINTIFFS | FOR DIRECTV |
|---|---|
| By: /s/ *Jarrett L. Ellzey* | By: /s/ *Kyle J. Steinmetz* |
| W. Craft Hughes | Charles Blanchard |
| Jarrett L. Ellzey | State Bar No. 24012296 |
| Hughes Ellzey, LLP | AT&T Services, Inc. |
| 2700 Post Oak Blvd, Ste. 1120 | One AT&T Plaza, Suite 518 |
| Galleria Tower I | 208 South Akard Street |
| Houston, TX 77056 | Dallas, Texas 75202-4208 |
| Telephone: (713) 554-2377 | Telephone: (214) 757-3348 |

---

[1] The third plaintiff in this matter, Lakeisha Kelly, previously voluntarily dismissed her claim on September 2, 2016.

1

Fax:  (888) 995-3335  
Email:  craft@hughesellzey.com  
         jarrett@hughesellzey.com

Bryant Fitts  
Fitts Law Firm, PLLC  
2700 Post Oak Blvd, Suite 1120  
Houston, Texas 77056  
Telephone (713) 871-1670  
Fax:  (713) 583-1492  
Email: bfitts@fittslawfirm.com  
State Bar No. 24040904

Mark A. Alexander  
Mark A. Alexander, P.C.  
5080 Spectrum Drive, Ste. 850  
Addison, Texas 75001  
Phone (972) 364-9700  
Fax:  (972) 239-2244  
State Bar No. 01007500

Telecopier:  (214) 746-2211  
Email:  charles.blanchard@att.com

Kyle J. Steinmetz  
(admitted *pro hac vice*)  
Mayer Brown LLP  
71 S. Wacker Drive  
Chicago, IL 60606  
Telephone: (312) 701-8547  
Fax: (312) 706-9178  
Email:  ksteinmetz@mayerbrown.com

## CERTIFICATE OF SERVICE

The undersigned certifies that a true and correct copy of the foregoing document has been served on all counsel of record on this 24th day of February, 2017, by electronic service pursuant to L.R. 5.1 and Fed. R. Civ. P. 5(b)(2)(E).

          /s/ *Jarrett L. Ellzey*

          Jarrett Ellzey
          jarrett@hughesellzey.com